**Joisse A. CAGEY and Dale J. Cagey, Her Husband, Petitioners**

v.

**COMMONWEALTH of Pennsylvania, Department of Transportation, a Commonwealth Agency, Respondent**

No. 329 WAL 2016

Supreme Court of Pennsylvania.

December 13, 2016

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2016, the Petition for Allowance of Appeal is GRANTED. The issue, as stated by petitioner, is:

Has [the] Commonwealth Court improperly expanded this Court's holding in Dean v. Department of Transportation, 751 A.2d 1130 (Pa. 2000)[,] that the Department has no duty to erect guardrails on Commonwealth real property along Commonwealth agency roadways, by repeatedly holding that when the Department does erect guardrails, it cannot be liable for injuries caused by negligently dangerously designed guardrails?

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Angel ORTIZ, Petitioner**

No. 377 EAL 2016

Supreme Court of Pennsylvania.

December 13, 2016

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2016, the Petition for Allowance of Appeal is DENIED.

**R.J.F., Petitioner**